S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
ROBERT D. NESLER, OSB #853790
bob.nesler@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone: (503) 727-1069
Facsimile: (503) 727-1117
Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:01-CR-00220-BR |
| Plaintiff/Petitioner, | ORDER DENYING REQUEST FOR TRANSFER OF CASE |
| v. | |
| MOHAMMED RABBANI-MOGHADDAM, | |
| Defendant/Respondent, | |
| and | |
| THE HARTFORD FINANCIAL SERVICES GROUP, INC. THE HARTFORD MUTUAL FUNDS, | |
| Garnishee. | |

Upon hearing of defendant, Mohammed Rabbani-Moghaddam's request for transfer of this case to a federal district court in his state of residence and plaintiff's objection thereto, it is

ORDERED that defendant's request for transfer is denied.

DATED this 24th day of July, 2012.

_____
ANNA J. BROWN
U. S. DISTRICT COURT JUDGE

PRESENTED BY:

S. AMANDA MARSHALL, OSB 95347

_____/s/_____
ROBERT D. NESLER, OSB 85379
Assistant U.S. Attorney

PAGE 2   ORDER DENYING REQUEST FOR TRANSFER